**WRIGHT, FINLAY & ZAK, LLP**
Arnold L. Graff, Esq., SBN 269170
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
agraff@wrightlegal.net

Attorneys for Secured Creditor and Respondent,
Pacific Premier Trust, Custodian, FBO Dean E. Thayer, IRA as to an undivided 133,000/326,000 interest and Lydia's Legacy, LLC, a California limited liability company as to an undivided 100,000/326,000 interest and Thayer Properties, Inc., a California Corporation as to an undivided 93,000/326,000 interest, all as Tenants in Common

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO DIVISION

| | |
|---|---|
| In re:<br><br>MARCIA ROGERS,<br><br>Debtor. | Case No.: 24-00006-MM13<br><br>Chapter 13<br><br>**RESPONSE TO DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE OPENING DOCUMENTS** |

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:**

Secured Creditor, Pacific Premier Trust, Custodian, FBO Dean E. Thayer, IRA as to an undivided 133,000/326,000 interest and Lydia's Legacy, LLC, a California limited liability company as to an undivided 100,000/326,000 interest and Thayer Properties, Inc., a California Corporation as to an undivided 93,000/326,000 interest, all as Tenants in Common ("Respondent" or "Creditor") hereby submits this opposition to the Motion Requesting Time to File Schedules, Statement of Financial Affairs, Plan and Other Documents ("Motion to Extend") filed by the debtor Marcia Rogers ("Debtor") in the above-referenced bankruptcy case. (Dckt. 15).

1
OPPOSITION TO MOTION TO EXTEND

Debtor filed this chapter 13 bankruptcy case on January 2, 2024 – *nearly 45 days ago* (Dckt. 1). The deadline for Debtor to file all her missing documents and information, or to request an extension, was January 16, 2024 – *nearly an entire month ago.* (Dckt. 1 and Court Docket, generally). Despite Debtor completely disregarding this order, because Debtor had filed other bankruptcy cases over the past few years, which were dismissed for failing to comply with a court order, this Court issued an order to show cause ("OSC"), requiring Debtor to file a written response and to attend a required hearing to explain why this Bankruptcy should not be dismissed with a 6-month bar against refiling. (Dckt. 16).

On February 13, 2024, Debtor filed a Notice of Affidavit of Impecuniosity, along with said Affidavit, which appears to be Debtor's intended response to the OSC (Dckt. 17). However, the Affidavit consists mostly of irrelevant legal and financial jargon and notices. It also states that Debtor is under "great mental distress and anguish resulting from recent events", which required her to file the Bankruptcy, (Par. 8), but does not explain what those events are and why they have prevented her from filing anything besides a skeletal petition for nearly 45 days. (*id*). The Affidavit also strangely concludes with the Debtor seemingly challenging this Court's authority to act on the OSC (id at Par. 12).

On February 12, 2024, Debtor also filed the Motion to Extend at issue, which requests an additional 45 days to file her opening documents because Debtor is "elderly" and "has had to deal with a death in her family." (Dckt. 15). While Respondent is certainly sympathetic to Debtor's alleged family issue, the Motion to Extend simply does not provide any information regarding the alleged incident, and certainly does not explain why a total of 90 days is needed to complete the initial bankruptcy documents (Dckt. 15). It is clear Debtor is no stranger to bankruptcy or the process, as the OSC so indicates. Thus, it seems clear this Bankruptcy is just the latest bad faith attempt by Debtor to thwart her creditors.

/./././

/././

/././

/././

Respondent has a claim of approximately $361,377.18, which is secured by a deed of trust upon the real property located at 4625 Belvista Court, San Diego, CA 92130 (the "Property"). Respondent has already had to postpone the sale multiple times, despite no opening documents being filed in this Bankruptcy (aside from a skeletal petition) for almost 45 days. Respondent also remains in limbo unless and until the missing items are finally filed.

Considering the above, because Debtor clearly failed to comply with this Court's clear initial order to file required documents, and because Debtor has also failed to explain or justify in her Response to the OSC or in her Motion to Extend why she was unable to complete her missing documents within the first 45 days of the initial case filing (See Dckt. 15), Respondent respectfully requests that the late-filed Motion to Extend be denied, and that this bad faith Bankruptcy finally be dismissed with a bar due to Debtor's repeated failure to comply with orders of this Court.

WRIGHT, FINLAY & ZAK, LLP

Dated: _February 14, 2024___    By: _/s/ Arnold L. Graff, Esq._
Arnold L. Graff, Esq.,
Attorneys for Secured Creditor and Respondent, Pacific Premier Trust, Custodian, FBO Dean E. Thayer, IRA as to an undivided 133,000/326,000 interest and Lydia's Legacy, LLC, a California limited liability company as to an undivided 100,000/326,000 interest and Thayer Properties, Inc., a California Corporation as to an undivided 93,000/326,000 interest, all as Tenants in Common

**WRIGHT, FINLAY & ZAK, LLP**
Arnold L. Graff, Esq., SBN 269170
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
agraff@wrightlegal.net

Attorneys for Secured Creditor and Respondent,
Pacific Premier Trust, Custodian, FBO Dean E. Thayer, IRA as to an undivided 133,000/326,000 interest and Lydia's Legacy, LLC, a California limited liability company as to an undivided 100,000/326,000 interest and Thayer Properties, Inc., a California Corporation as to an undivided 93,000/326,000 interest, all as Tenants in Common

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO DIVISION

| | |
|---|---|
| In re: | Case No.: 24-00006-MM13 |
| MARCIA ROGERS, | Chapter 13 |
| Debtor. | **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660.

On 2/15/2024, I served the foregoing document described as **RESPONSE TO DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE OPENING DOCUMENTS AND CERTIFICATE OF SERVICE** on the interested parties in this action as follows:

1  [X] (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Las Vegas, Nevada. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business. **See Attached Service List.**

[ ] (BY NORCO OVERNITE - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Norco Overnite with the delivery fees provided for.

[X] (BY ELCTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system. **See Attached Service List**

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on 2/14/2024, at Newport Beach, California.

　/s/ Jackie Powell
JACKIE POWELL

# SERVICE LIST

In re Marcia Rogers
Bankruptcy Case No.: 24-00006-MM13

## PARTIES SERVED BY ECF ELECTRONIC MAIL:

Dane W. Exnowski     dane.exnowski@mccalla.com, mccallaecf@ecf.courtdrive.com
Arnold L. Graff     agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net
Michael Koch     mkoch@ch13.sdcoxmail.com, admin@ch13.sdcoxmail.com;mkoch13@ecf.epiqsystems.com
United States Trustee     ustp.region15@usdoj.gov

## PARTIES SERVED BY U.S. MAIL:

Marcia Rogers
4625 Belvista Court
San Diego, CA 92130

Michael Koch
Chapter 13 Trustee
402 W. Broadway, Ste 1450
San Diego, CA 92101

United States Trustee
Office of the U.S. Trustee
880 Front Street, Suite 3230
San Diego, CA 92101

Capital One Auto Finance
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118