# TENTATIVE RULING

## ISSUED BY JUDGE MARGARET M. MANN

| | |
|---|---|
| Bankruptcy Case Name: | Marcia Rogers |
| Bankruptcy Number: | 24-00006-MM13 |
| Hearing: | 02/20/2024 10:00 AM |
| Motion: | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AND 180-DAY BAR IMPOSED |

All Chapter 13 calendars will be conducted via Zoom and in person appearances will be excused. The parties must review Chamber's Guidelines for guidance on Zoom appearances.